John R. Lund, USB #4368
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JLund@parsonsbehle.com
ecf@parsonsbehle.com

Jeremy A. Fielding *(pro hac vice)*
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Telephone: 214.981.3800
Facsimile: 214.981.3839
jfielding@lynnllp.com

*Attorneys for Plaintiff TravelPass Group, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| TRAVELPASS GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN & BROTHERS, LLC d/b/a RESERVATIONS.COM, AND RESERVATIONS TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 2:17-cv-00247<br><br>Judge Jill N. Parish<br><br>Magistrate Judge Paul M. Warner |

4811-7970-2906v1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff TravelPass Group, LLC and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendants Benjamin & Brothers, LLC d/b/a Reservations.com and Reservations Technologies, Inc. The Parties have settled their dispute.

DATED: November 8, 2018.

                                                PARSONS BEHLE & LATIMER

                                                /s/ John R. Lund
                                                John R. Lund

                                                Jeremy A. Fielding
                                                LYNN PINKER COX & HURST, LLP

                                                *Attorneys for Plaintiff TravelPass Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2018, a true and correct copy of PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL was served on the following counsel of record by electronically filing it with the Clerk of the Court:

>Joseph M. Shapiro
>Michael D. Stanger
>STRONG & HANNI
>102 S 200 E #800
>Salt Lake City, UT 84111
>jshapiro@strongandhanni.com
>mstanger@strongandhanni.com
>
>Rachael M. Crews
>GRAYROBINSON P.A.
>301 E Pine St #1400
>Orlando, FL 32802-3068
>rachael.crews@gray-robinson.com

>/s/ John R. Lund

4811-7970-2906v1