IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TRAVELPASS GROUP, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>BENJAMIN & BROTHERS, LLC, d/b/a RESERVATIONS.COM, AND RESERVATIONS TECHNOLOGIES, INC.,<br><br>          Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:17-cv-00247-JNP-PMW<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Paul M. Warner |

This matter is before the court on the Notice of Voluntary Dismissal filed by Plaintiff TravelPass Group, LLC on November 8, 2018. As the defendants have not filed either answers or motions for summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(A) the court HEREBY DISMISSES THE ACTION WITH PREJUDICE in accordance with the notice of voluntary dismissal.

Signed November 8, 2018

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge